**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE BROWN, | No. C 06-1597 PJH (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| D. M. MANTEL and T. VARIZ, | |
| Defendants. / | |

This prisoner civil rights action was filed in the Eastern District of California, which transferred it here. On February 26, 2006, the court notified plaintiff that his application to proceed in forma pauperis ("IFP") was insufficient. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or remedy the IFP deficiencies within thirty days the case would be dismissed. The notice was not returned as undeliverable. On March 20, 2006, plaintiff filed a notice of change of address. The clerk sent another copy of the notice to him at the new address on April 5, 2006. It also has not been returned as undeliverable. Plaintiff has not responded to the notices.

Leave to proceed in forma pauperis (doc 2) is **DENIED**. This case is **DISMISSED** without prejudice. See Fed. R.Civ.P. 41(b). No fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: May 18, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.06\BROWN597.DSIFP