United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNIE BROWN,

    Plaintiff,

v.

D. M. MANTEL and T. VARIZ,

    Defendants.
                                    /

No. C 06-1597 PJH (PR)

**JUDGMENT**

Pursuant to the order of signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: August 14, 2007.

                                       PHYLLIS J. HAMILTON
                                       United States District Judge

G:\PRO-SE\PJH\CR.06\BROWN597.JUD.wpd